In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00298-CV
_____

**QUINTON CAVER, Appellant**

**V.**

**LEXUS FINANCIAL SERVICES, EXPERIAN CORPORATION, EQUIFAX, TRANSUNION, AND INNOVIS DATA SOLUTIONS, Appellees**

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-202,284**

**MEMORANDUM OPINION**

On October 15, 2019, we notified the parties that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. Appellant did not respond.

Appellant did not file an affidavit of indigence on appeal and has not shown that he is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1.

1

There being no satisfactory explanation for the failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on November 13, 2019
Opinion Delivered November 14, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.